Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Brandie Monique Clanton

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| BRANDIE MONIQUE CLANTON, | Case No.: 2:17-cv-00563-CMK |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which plaintiff must file her motion for summary judgment and/or remand for a period of 30 days from September 5, 2017, to and including October 5, 2017, and that all subsequent deadlines set forth in the Court's Scheduling Order, Doc. No. 5, are extended accordingly.

-1-

This is the first request for an extension in this matter. This request is made on behalf of counsel for plaintiff. Counsel has lost contact with plaintiff. Counsel respectfully requests the granting of this request to allow counsel to locate plaintiff so that he may discuss certain substantive matters with plaintiff before briefing may proceed. On behalf of plaintiff, the parties respectfully request the granting of this request for the proper briefing of this matter.

IT IS SO STIPULATED.

DATE: September 5, 2017        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
Young Cho
Attorney for plaintiff
BRANDIE MONIQUE CLANTON

Date: September 5, 2017        PHILLIP A. TALBERT
Acting United States Attorney

BY: /s/ *Adam Lazar*
ADAM LAZAR
Special Assistant United States Attorney
Attorneys for Defendant
NANCY A. BERRYHILL, Acting Commissioner
of Social Security (Per email authorization)

**ORDER**

Approved and so ordered:

Dated: September 12, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE