PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5601
    Facsimile: (415) 744-0134
    E-Mail: adam.lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDIE CLANTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-00563-CMK<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME** |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Motion for Summary Judgment, originally due on November 6, 2017, by 35 days, through and including Monday, December 11, 2017. This is the Commissioner's first request for an extension of time in this matter.

    An extension of time is needed in order to prepare Defendant's opposition because of counsel's heavy workload during October and November. This request is made in good faith with no intention to unduly delay the proceedings. Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on November 6, 2017.

Stipulation for Extension of Time; 2:17-cv-00563-CMK 1

|    |                                |                                                      |
|----|--------------------------------|------------------------------------------------------|
| 1  |                                | Respectfully submitted,                              |
| 2  | Dated: November 6, 2017        | PHILIP A. TALBERT                                    |
| 3  |                                | United States Attorney                               |
|    |                                | DEBORAH LEE STACHEL                                  |
| 4  |                                | Regional Chief Counsel, Region IX                    |
| 5  |                                | Social Security Administration                       |
| 6  |                            By: | /s/ *Adam Lazar*                                     |
|    |                                | ADAM LAZAR                                           |
| 7  |                                | Special Assistant U.S. Attorney                      |
| 8  |                                | Attorneys for Defendant                              |

Dated: November 6, 2017    By:    /s/ *Young Cho,* *
                                  YOUNG CHO,
                                  (*by email authorization)

                                  Attorney for Plaintiff

### **ORDER**

IT IS SO ORDERED.

DATED: November 8, 2017

/s/ Craig M. Kellison
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE